**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Bose Corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>ChuangTuTu,<br><br>*Defendant*. | Case No. 1:26-cv-10563<br><br>**Judge Mary M. Rowland**<br><br>**Magistrate Judge Young B. Kim** |

**[PROPOSED] ORDER DISMISSING ACTION WITHOUT PREJUDICE AND DISSOLVING PRELIMINARY INJUNCTION**

The Court has considered Defendant ChuangTuTu's motion, the record in this action and the related action, No. 1:26-cv-00011 (the "Original Action"), and any timely response. Having afforded Plaintiff an opportunity to be heard, the Court finds that Plaintiff has not provided an adequate justification for its continued failure to prosecute this action and comply with the August 31, 2026 severance order. The Court has considered the extent and consequences of the noncompliance, the continuing preliminary restraint, the apparent merits, and the availability of lesser relief. Dismissal without prejudice and express dissolution of the preliminary relief against ChuangTuTu are appropriate.

1. ChuangTuTu's motion is granted. This action, including all claims asserted by Bose Corporation against ChuangTuTu in this severed action, is DISMISSED WITHOUT PREJUDICE under Federal Rule of Civil Procedure 41(b). The dismissal is not an adjudication of the merits of the infringement claims.

2. The preliminary injunction entered against ChuangTuTu on March 18, 2026 (Original Action, Dkt. 49), as modified on August 14, 2026 (Original Action, Dkts. 114–115), is DISSOLVED as to ChuangTuTu. The $6,082 asset restraint and all other restrictions imposed on ChuangTuTu solely under that preliminary relief are terminated, effective upon entry of this Order unless the Court orders otherwise.

3. Any funds belonging to ChuangTuTu that are held solely pursuant to the preliminary injunction or its asset-restraint provisions shall be released to ChuangTuTu promptly upon actual notice of this Order. Such funds shall not be transferred to Bose pursuant to the dissolved preliminary injunction. This paragraph does not displace any independent court order or independently lawful basis for a restriction.

4. This Order affects only ChuangTuTu and the claims in this action. It does not modify relief against other defendants in the Original Action or adjudicate any independent claim for damages arising from preliminary relief.

5. The Clerk is directed to enter judgment consistent with this Order and close this case.

**IT IS SO ORDERED.**

Date: ____________________

________________________________
Mary M. Rowland
United States District Judge