**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BOSE CORPORATION,<br><br>PLAINTIFF,<br><br>V.<br><br>CHUANGTUTU,<br><br>DEFENDANT. | CASE NO.: 26-CV-10563<br><br>JUDGE MARY M. ROWLAND |

# EXHIBIT 1 – TRADEMARK REGISTRATIONS

# United States Patent Office

829,402
Registered May 30, 1967

## PRINCIPAL REGISTER
## Trademark

Ser. No. 255,691, filed Oct. 4, 1966

BOSE

Bose Corporation (Massachusetts corporation)
17 Erie Drive, East Natick Industrial Park
Natick, Mass. 01762

For: ACOUSTICAL TRANSDUCER SYSTEMS FOR REPRODUCING SOUND, in CLASS 21.

First use at least as early as May 1966; in commerce at least as early as May 1966.

PHILIP YARNALL, *Examiner*.

## Amendment

Registered May 30, 1967 — Registration No. 829,402

Bose Corporation

Application to amend having been made by Bose Corporation, owner of the registration above identified, said registration is hereby amended as follows:

In the statement, column 1, after line 3, , *now located at 100 The Mountain Road, Framingham, Mass. 01701* is inserted, and the drawing is amended to appear as follows:

BOSE

Such amendments have been entered upon the records of the Patent Office and the said original registration should be read as so amended.

Signed and sealed this 7th day of May 1974.

[SEAL]

Attest:
K. E. PATRICK,
*Attesting Officer.*

C. MARSHALL DANN,
*Commissioner of Patents.*

# United States of America

## United States Patent and Trademark Office

# BOSE

**Reg. No. 3,863,254**

**Registered Oct. 19, 2010**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

BOSE CORPORATION (DELAWARE CORPORATION)
MS-40
MOUNTAIN ROAD
FRAMINGHAM, MA 01701

FOR: BATTERIES; COMMUNICATIONS HEADSETS FOR USE WITH COMMUNICATION RADIOS, INTERCOM SYSTEMS, OR OTHER COMMUNICATIONS NETWORK TRANSCEIVERS; HEADPHONES; HEADSETS FOR CELLULAR OR MOBILE PHONES; MICROPHONES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-1-2000; IN COMMERCE 6-1-2000.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 829,402, 1,727,482 AND OTHERS.

SER. NO. 77-938,552, FILED 2-18-2010.

DAWN FELDMAN, EXAMINING ATTORNEY

David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# BOSE

**Reg. No. 5,423,514**

**Registered Mar. 13, 2018**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Bose Corporation (DELAWARE CORPORATION)
Mountain Road
Framingham, MASSACHUSETTS 01701

CLASS 9: Remote controls for audio or video products, namely, audio speakers, amplifiers, receivers, CD players, MP3 players, audio or video streaming devices, televisions, videocassette players, DVD players, or digital video recorders; Mounts and mounting brackets adapted for audio speakers; Stands adapted for audio speakers; Protective cases and covers for loudspeakers and headphones; Computer application software for mobile phones, tablets or other mobile devices, namely, software for controlling devices that enhance or amplify ambient sounds or mask noise; earphone accessories, namely, earphone cushions, earphone pads, and earphone extension cords; headphone accessories, namely, headphone cushions, headphone pads, and headphone extension cords

FIRST USE 11-28-2016; IN COMMERCE 11-28-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3863254, 0991271, 0829402

SEC.2(F)

SER. NO. 87-619,476, FILED 09-22-2017

Director of the United States
Patent and Trademark Office